JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SUPPORT ANIMAL HOLDINGS, LLC, and LENNYS CASITA, LLC, individually, and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, and DOES 1-100,<br><br>                    Defendants. | Case No. 2:23-cv-07131-ODW (BFMx)<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS** |

Pursuant to the parties' Stipulation to Transfer Venue to the United States District Court for the Northern District of Illinois, the Court **GRANTS** the parties' request and **TRANSFERS** this case to the United States District Court for the Northern District of Illinois.

The Court **DIRECTS** the Clerk of the Court to transfer this action to the Northern District of Illinois. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 3, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**