# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CAPP, INC., YOUNG PEOPLES DAY CAMPS INC., KMJA DAY CAMPS, INC., AND PRAYUS GROUP LLC,** on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>**DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, AND DISCOVER BANK**,<br><br>    Defendants. | Case No. 1:23-cv-04676<br><br>**JOINT STATUS REPORT** |
| **LEMMO'S PIZZERIA, LLC**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>**DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, AND DOES 1–100**,<br><br>    Defendants. | Case No. 1:23-cv-14250 |
| **SUPPORT ANIMAL HOLDINGS, LLC, and LENNYS CASITA, LLC**, individually, and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>**DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, AND DOES 1–100**,<br><br>    Defendants. | Case No. 1:23-cv-15297 |

## JOINT STATUS REPORT

On June 28, 2024, the parties in the above-captioned cases executed a Class Action Settlement Agreement ("Agreement") to resolve this litigation on a nationwide class basis.

The Agreement provides that Plaintiffs will file a motion for preliminary approval of the settlement within 60 days of this joint status report. This 60-day period allows the parties the necessary time to conduct additional confirmatory discovery and to finalize the notice documents and claim forms, which will be submitted to the Court with the preliminary approval motion. The parties therefore ask the Court to enter an order directing Plaintiffs to file a motion for preliminary approval on or before August 27, 2024.

-2-

Dated: June 28, 2024 Respectfully submitted,

By: /s/ Andrew Soukup

Valerie L. Hletko
Andrew Soukup
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW Washington, DC 20001-4956
Tel.: (202) 662-6000
Email: vhletko@cov.com
Email: asoukup@cov.com

Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER & PORTER, PLLC
1010 Davis Street
Evanston, IL 60201
(312) 283-5711
porter@spplaw.com

*Counsel for Defendants Discover Financial Services, DFS Services LLC, and Discover Bank*

By: /s/ Catherine Pratsinakis

Catherine Pratsinakis
Nina C. Spizer
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
cpratsinakis@dilworthlaw.com
nspizer@dilworthlaw.com

*Counsel for Plaintiffs CAPP, Inc., Young Peoples Day Camps Inc., KMJA Day Camps, Inc., and Prayus Group LLC in Case No. 1:23-cv-04676*

By:   /s/ Roger N. Heller

    Roger N. Heller (*pro hac vice*)
    Michael K. Sheen (*pro hac vice*)
    LIEFF CABRASER HEIMANN &
    BERNSTEIN LLP
    275 Battery Street, 29th Floor
    San Francisco, California 94111
    Tel: (415) 956-1000
    Fax: (415) 956-1008
    rheller@lchb.com
    msheen@lchb.com

    Margaret M. Becko (*pro hac vice*)
    LIEFF CABRASER HEIMANN &
    BERNSTEIN LLP
    250 Hudson Street, 8th Floor
    New York, NY 10013-1413
    Tel.: (212) 355-9500
    Fax: (212) 355-9592
    mbecko@lchb.com

    *Counsel for Plaintiffs Lemmo's Pizzeria, LLC in Case No. 1:23-cv-14250*

By:   /s/ Taras Kick

    Taras Kick (*pro hac vice*)
    Tyler Dosaj (*pro hac vice*)
    Greg Taylor (*pro hac vice* forthcoming)
    THE KICK LAW FIRM, APC
    815 Moraga Drive
    Los Angeles, California 90049
    Tel: (310) 395-2988
    Fax: (310) 395-2088
    Taras@kicklawfirm.com
    Tyler@kicklawfirm.com
    Greg@kicklawfirm.com

    *Counsel for Plaintiffs Lemmo's Pizzeria, LLC in Case No. 1:23-cv-14250*

By:   */s/ Joshua Silverman*

    Lesley Portnoy
    PORTNOY LAW FIRM
    1100 Glendon Ave. 15th Floor
    Los Angeles, CA 90024
    Tel: (310) 692-8883
    Email: lesley@portnoylaw.com

    Joshua B. Silverman
    Christopher P.T. Tourek
    POMERANTZ LLP
    10 South LaSalle St.
    Suite 3505
    Chicago, Illinois 60603
    Tel: (312) 377-1181
    jbsilverman@pomlaw.com
    ctourek@pomlaw.com

    *Counsel for Plaintiffs Support Animal Holdings, LLC and Lenny's Casita, LLC in Case No. 1:23-cv-15297*

-5-

**CERTIFICATION PURSUANT TO GENERAL ORDER 16-0020**

      I hereby certify that the content of the document is acceptable to all persons required to sign the document, and all such persons have consented to inclusion of their electronic signatures on the document.

Dated: June 28, 2024                          /s/ Joshua B. Silverman