UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Support Animal Holdings, LLC, et al.

Plaintiff,

v.

Case No.: 1:23−cv−15297
Honorable Steven C. Seeger

Discover Financial Services, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2024:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [48]) The parties reached a settlement agreement that would resolve the case, including a nationwide class. As proposed, a motion for preliminary approval is due by August 27, 2024. That motion must propose dates for the completion of the approval process, too. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.