-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CAPP, INC., YOUNG PEOPLES DAY CAMPS INC., KMJA DAY CAMPS, INC., AND PRAYUS GROUP LLC, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, AND DISCOVER BANK,<br><br>        Defendants. | Case No. 1:23-cv-04676 |
| LEMMO'S PIZZERIA, LLC, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, AND DOES 1–100,<br><br>        Defendants. | Case No. 1:23-cv-14250 |
| SUPPORT ANIMAL HOLDINGS, LLC, and LENNYS CASITA, LLC, individually, and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>DISCOVER FINANCIAL SERVICES, DFS SERVICES, LLC, DISCOVER BANK, AND DOES 1–100,<br><br>        Defendants. | Case No. 1:23-cv-15297 |

**UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS FOR PLAINTIFFS' FORTHCOMING MOTION FOR FINAL APPROVAL AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

-1-

-2-

Pursuant to Local Rule 5.3, Plaintiffs CAPP, Inc., Young Peoples Day Camps Inc., KMJA Day Camps, Inc., Prayus Group LLC, Lemmo's Pizzeria, LLC, Support Animal Holdings, LLC, and Lenny's Casita, LLC ("Plaintiffs") in the above-captioned actions respectfully move this Court for an extension of the page limit for Plaintiffs' forthcoming Motion for Final Approval of the proposed settlement and Motion for an Award of Attorneys' Fees, Costs, and Service Awards. In support of this motion, Plaintiffs respectfully state:

1. The parties in the above-captioned actions have executed a Class Action Settlement Agreement (the "Settlement") to resolve this litigation on a nationwide class basis. The Court granted preliminary approval of the Settlement on July 30, 2025.

2. Plaintiffs' Motion for Final Approval of the proposed Settlement and Motion for an Award of Attorneys' Fees, Costs, and Service Awards are due on November 30, 2025.

3. So that Plaintiffs may adequately describe key terms of the Settlement, explain the reasons why the Settlement should be approved, and articulate the reasonableness of their requested attorneys' fees, costs, and service awards, Plaintiffs require additional pages beyond the 15 pages allowed by Local Rule 7.1.

4. Plaintiffs respectfully request that the page limit for their forthcoming Motion for Final Approval be extended to **35 pages** and Motion for an Award of Attorneys' Fees, Costs, and Service Awards be extended to **30 pages**.

5. Defendants Discover Financial Services, DFS Services, LLC, and Discover Bank do not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion to extend the page limit for their Motion for Final Approval of the Settlement to **35 pages** and their Motion for an Award of Attorneys' Fees, Costs, and Service Awards to **30 pages**.

3365986.1

Dated: November 14, 2025　　　　　　　　Respectfully submitted,

              By:  /s/ Roger N. Heller

                Roger N. Heller (*pro hac vice*)
                Michael K. Sheen (*pro hac vice*)
                LIEFF CABRASER HEIMANN &
                BERNSTEIN LLP
                275 Battery Street, 29th Floor
                San Francisco, California 94111
                Tel: (415) 956-1000
                Fax: (415) 956-1008
                rheller@lchb.com
                msheen@lchb.com
                Margaret M. Becko (*pro hac vice*)
                LIEFF CABRASER HEIMANN &
                BERNSTEIN LLP
                250 Hudson Street, 8th Floor
                New York, NY 10013-1413
                Tel.: (212) 355-9500
                Fax: (212) 355-9592
                mbecko@lchb.com

                *Counsel for Plaintiffs Lemmo's Pizzeria, LLC in Case No. 1:23-cv-14250*


              By:  /s/ Catherine Pratsinakis

                Catherine Pratsinakis
                Nina C. Spizer
                DILWORTH PAXSON LLP
                1500 Market Street, Suite 3500E
                Philadelphia, PA 19102
                Telephone: (215) 575-7000
                Facsimile: (215) 575-7200
                cpratsinakis@dilworthlaw.com
                nspizer@dilworthlaw.com

                *Counsel for Plaintiffs CAPP, Inc., Young Peoples Day Camps Inc., KMJA Day Camps, Inc., and Prayus Group LLC in Case No. 1:23-cv-04676*

3365986.1

By:   /s/ Taras Kick

Taras Kick (*pro hac vice* admitted)
Tyler Dosaj (*pro hac vice* admitted)
Greg Taylor (*pro hac vice* forthcoming)
THE KICK LAW FIRM, APC
815 Moraga Drive
Los Angeles, California 90049
Tel: (310) 395-2988
Fax: (310) 395-2088
Taras@kicklawfirm.com
Tyler@kicklawfirm.com
Greg@kicklawfirm.com

*Counsel for Plaintiffs Lemmo's Pizzeria, LLC in Case No. 1:23-cv-14250*

By:   /s/ Joshua B. Silverman

Joshua B. Silverman
Christopher P.T. Tourek
POMERANTZ LLP
10 South LaSalle St.
Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
jbsilverman@pomlaw.com
ctourek@pomlaw.com

Lesley Portnoy
PORTNOY LAW FIRM
1100 Glendon Ave. 15th Floor
Los Angeles, CA 90024
Tel: (310) 692-8883
Email: lesley@portnoylaw.com

*Counsel for Plaintiffs Support Animal Holdings, LLC and Lenny's Casita, LLC in Case No. 1:23-cv-15297*

-4-

## CERTIFICATION PURSUANT TO GENERAL ORDER 16-0020

I hereby certify that the content of the document is acceptable to all persons required to sign the document, and all such persons have consented to inclusion of their electronic signatures on the document.

Dated: November 14, 2025                                                          */s/ Roger N. Heller*

3365986.1